UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. _____


06-20425
CIV-KING
MAGISTRATE JUDGE
GARBER

JAMES and KIMBERLY HAYES,
individually, as natural parents
and legal guardians of CAITLIN
HAYES, a minor,

   Plaintiffs,

vs.

CARNIVAL CORPORATION, a Panamanian
corporation d/b/a/ "CARNIVAL CRUISE
LINE" and/or "CARNIVAL"

   Defendant.
_____/

FILED by \_\_\_ D.C.
INTAKE
FEB 2/2 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## COMPLAINT

   Plaintiffs, JAMES and KIMBERLY HAYES, individually and as natural parents and legal guardians of CAITLIN HAYES, a minor, sue the Defendant, CARNIVAL CORPORATION, a foreign corporation d/b/a/ "CARNIVAL CRUISE LINE" and/or "CARNIVAL" (hereinafter collectively "CARNIVAL"), for damages, and allege:

### COUNT I

   1.   This is an action for damages in excess of Seventy-Five Thousand ($75,000) Dollars exclusive of costs and interest, and maritime jurisdiction of this claim is founded upon 28 U.S.C.A. §1333(1).

   2.   At all times material hereto, JAMES and KIMBERLY HAYES, were and still are the natural parents and legal guardians of



CAITLIN HAYES, born on May 8, 1995.

3. At all times material hereto, Plaintiffs JAMES and KIMBERLY HAYES, were and still are husband and wife.

4. At all times material hereto, the Defendant, CARNIVAL, which does business as "CARNIVAL CRUISE LINES" and/or "CARNIVAL," was and still is a Panamanian corporation with its' principal place of business in Dade County, Florida.

5. At all times material hereto, Plaintiffs JAMES AND KIMBERLY HAYES, and their daughter CAITLIN, were U.S. citizens and were domiciled in the state of Florida.

6. At all times material hereto, the Defendant, CARNIVAL, was the owner and operator of the vessel named *Imagination*.

7. ON June 26, 2005 Plaintiffs, JAMES and KIMBERLY HAYES and their daughter, CAITLIN, were fare-paying passengers and business invitees aboard the Imagination pursuant to the terms of Carnival's form ticket contract attached as Exhibit "A" (incorporated by reference).

8. The Defendant, CARNIVAL, at all times material hereto, owed the Plaintiff's, as fare paying passengers, a duty to exercise reasonable care under the circumstances for their safety.

9. On June 25, 2005, Plaintiffs, JAMES AND KIMBERLY HAYES upon entering their cabin, discovered that the safety devices on the Murphy beds were not working and on two different occasions, on this day, advised Defendant's employees of same.

10. In the early am hours on or about June 26, 2005, CAITLIN HAYES, a minor was injured when the safety device on her Murphy bed failed and she fell to the floor injuring her left

wrist.

11. The dangerous condition as described in paragraphs "9" and "10" above, was either known, or should have been known through reasonable inspection, to Defendant , CARNIVAL CORPORATION and/or its employees, and the Defendant was negligent by failing to repair and correct the dangerous condition prior to use of the bed by CAITLIN HAYES, a minor.

12. As a proximate result of the negligence of the Defendant, CARNIVAL CORPORATION, the minor Plaintiff, CAITLIN HAYES, was permanently injured in and about her body and extremities and/or sustained an aggravation of a pre-existing condition. She has in the past and will in the future sustain great mental and physical pain and suffering. She sustained aggravation of a pre-existing condition. She has in the past and will in the future incur obligations for large sums of money for doctors and related medical care and attention.

13. Additionally, as a proximate result of Defendant's negligence as alleged in paragraphs "10" through "12" above, Plaintiffs JAMES and KIMBERLY HAYES and their two children were not able to complete their cruise, thus suffering additional economic damages, to wit: the cost of the cruise, air fare, and all related expenses. They debarked the Imagination on June 27, 2005, and took CAITLIN HAYES to the emergency room in the Cayman Islands and took a plane back to the United States.

14. All conditions precedent to the maintenance of this lawsuit have been met by the Plaintiffs.

**WHEREFORE,** Plaintiffs, JAMES and KIMBERLY HAYES, individually

# CIVIL COVER SHEET

**06-20425**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
James and Kimberly Hayes, individually, as natural parents and legal guardians of Caitlin Hayes, a minor

**DEFENDANTS** Carnival Corporation, a Panamanian corporation d/b/a/ "Carnival Cruise Line" and/or "Carnival"

**CIV-KING**

**MAGISTRATE JUDGE GARBER**

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Craig C. Keller, Esquire
Keller, Keller & Caracuzzo, P.A.
224 Datura Street, Suite 1205
West Palm Beach, FL 33401   561-655-3133

Attorneys (If Known)
Mark A. Johnson, Esquire
1:06 CV 20425 JLK/BLG

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | SOCIAL SECURITY | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ☐ NO
JUDGE _____  DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 28 U.S.C.A. sec. 1333 (1)
personal injury to minor child from negligence of cruise ship owner

LENGTH OF TRIAL via __3__ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD _____
DATE 2/16/06

FOR OFFICE USE ONLY
AMOUNT 250.00   RECEIPT # 536404   IFP